UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR2278-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER AND JUDGMENT GRANTING JOINT MOTION TO DISMISS INDICTMENT AND VACATE CONVICTION |
| ADIEL TORRES-ALVAREZ, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the joint parties and good cause appearing,

IT IS HEREBY ORDERED that the indictment the above-captioned case is dismissed. It is further ordered the conviction is vacated.

DATED: October 6, 2011

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge